O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CORIVIAN KINARD,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER CORE et al.,<br><br>Defendants. | No. ED CV 23-00184-CAS (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendant's Motion for Summary Judgment (Dkt. 22) and dismissing this action without prejudice for failure to exhaust administrative remedies.

Date: January 25, 2024

_Christina A. Snyder_

CHRISTINA A. SNYDER
United States District Judge