JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CORIVIAN KINARD,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER CORE et al.,<br><br>Defendants. | No. ED CV 23-00184-CAS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment (Dkt. 22) is granted and this action is dismissed without prejudice for failure to exhaust administrative remedies.

Date: January 25, 2024

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge